# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Hub International Midwest Limited

                                                Plaintiff,

v.                                                                           Case No.: 1:22−cv−01270

                                                                                  Honorable Joan H. Lefkow

AEU Benefits, LLC, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 20, 2023:

        MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held with plaintiff only. Parties report that the case has settled. Plaintiff voluntarily dismisses the case without prejudice pursuant to rule 41(a). Civil case terminated. Mailed notice(jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.